FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDRES GUTIERREZ,<br><br>　　　　Defendant. | No. 4:21-MJ-07015-MKD-2<br><br>ORDER FINDING PROBABLE CAUSE AND ORDERING DEFENDANT BE HELD PENDING INITIAL APPEARANCE |

Before the Court is a Complaint issued after Defendant's arrest. Due to the timing of the arrest and presentment of the complaint, and the following business day being a federal holiday, the Court will be unable to hold an initial appearance for Defendant within 48 hours of his arrest. Accordingly, pursuant to LCrR 5(b), the Court finds that the complaint establishes probable cause to believe Defendant committed the offense set forth in the Complaint and related affidavit and orders that Defendant be detained pending his initial appearance on Tuesday, January 19, 2021.

ORDER FINDING PROBABLE CAUSE AND ORDERING DEFENDANT BE HELD PENDING INITIAL APPEARANCE - 1

DATED January 15, 2021

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE