# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K Dimke
### Richland

**USA v. ANDRES GUTIERREZ**  Case No.  **4:21-MJ-7015-MKD-2**

Richland Video Conference
The Defendant agreed to appear via video conference.

## Initial Appearance on Complaint:                              01/19/2021

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Benjamin Seal, US Atty (video) |
| ☐ | Pam Howard, Courtroom Deputy [Y] | ☒ | Robin Emmans, Defense Atty (video) |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter – Natalia Rivera (video) |
| ☒ | Defendant present in custody, appearing by video from BCJ. | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights to be filed |
| ☒ | Financial Affidavit (CJA 23) to be filed | ☒ | Defendant received copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint Robin Emmans, a CJA Panel Attorney for today's hearing until a (CJA 23) is filed for review. | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |

## REMARKS

Due to the current COVID-19 public health crisis, all parties including Defendant, are appearing by video or teleconference.

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that their true and correct name is: Andres Gutierrez.

Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.   USA objects that the rule is overbroad and states the Government understands its discovery requirements.  Court overrules objection. Written order to follow.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Detention Hearing:**<br>**01/22/2021 @ 3:00 p.m.**<br>**[R/MKD] (Video Conf)** | **Preliminary Hearing:**<br>**02/02/2021 @ 3:00 p.m.**<br>**[R/MKD] (Video Conf)** |
|---|---|