FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ANDRES GUTIERREZ,<br><br>          Defendant. | No. 4:21-MJ-07015-MKD-2<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON COMPLAINT AND SETTING DETENTION AND PRELIMINARY HEARINGS<br><br>**USMS ACTION REQUIRED** |

On Tuesday, January 19, 2021, Defendant made an initial appearance on the Complaint (ECF No. 1). With his consent, Defendant appeared by video from Benton County Jail and was represented by Robin Emmans and assisted by federal court-certified interpreter Natalia Rivera. Assistant United States Attorney Benjamin Seal represented the United States.

Defendant was advised of, and acknowledged Defendant's rights.

A member of the Criminal Justice Act Panel was appointed to represent Defendant.

Under federal law, including Rule 5(f) of the Federal Rules of Criminal

ORDER FOLLOWING INITIAL APPEARANCE ON COMPLAINT AND
SETTING DETENTION AND PRELIMINARY HEARINGS - 1

Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the United States has a continuing obligation to produce all information or evidence known to the United States that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the United States to produce to Defendant in a timely manner all information or evidence known to the United States that is either: (1) relevant to Defendant's guilt or punishment; or (2) favorable to Defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the United States' obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

A detention hearing was set before **Judge Dimke by video in Yakima, Washington, on Friday, January 22, 2021, at 3:00 PM.** Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing. The United States Probation/Pretrial Services Office shall prepare a supplemental pretrial services report prior to the hearing and shall notify defense counsel prior to interviewing Defendant.

A preliminary hearing was set for Tuesday, February 02, 2021**, at 3:00 PM, before Judge Dimke by video in Yakima, Washington.**

DATED January 20, 2021

<u>s/*Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE ON COMPLAINT AND SETTING DETENTION AND PRELIMINARY HEARINGS - 3