UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDRES GUTIERREZ,<br><br>　　　　　Defendant. | Case No. 21-MJ-07015-MKD-2<br><br>DEFENDANT'S ASSERTION OF 5TH AND SIXTH AMENDMENT RIGHTS |

TO: WILLIAM HYSLOP, UNITED STATES ATTORNEY

　　I, Andres Gutierrez, hereby assert my rights under the Fifth and Sixth Amendments of the United States Constitution, including but not limited to my rights to remain silent and to have counsel present at any and all of my interactions with the government or others on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not wish to have, nor do I consent to, any contact with any government official, including but not limited to law enforcement agents, except through my counsel. I do not want the government or others acting on the government's behalf to question me, or contact me seeking a waiver of any rights, unless my counsel is present. The government should instruct its agents.

DATED: January 19, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Andres Gutierrez

- 1 -

2nd Street LAW
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771