UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-MJ-07015-MKD-2 |
| Plaintiff, | |
| vs. | DECLARATION OF ROBIN EMMANS |
| ANDRES GUTIERREZ, | |
| Defendant. | |

DECLARATION

I am counsel for Andres Gutierrez. The attached email is a true and correct copy of that sent by Mr. Gutierrez' significant other.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: January 22, 2021

s/ Robin C. Emmans

- 1 -

2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771

Robin C. Emmans, WSBA 37085
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
(509) 452-6771 (fax)
Robin.emmans@secondstreetlaw.com
Attorney for Andres Gutierrez

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AUSA Benjamin Seal.

   s/ Robin C. Emmans
Robin C. Emmans, WSBA 37085
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
(509) 452-6771 (fax)
Robin.emmans@secondstreetlaw.com
Attorney for Andres Gutierrez

2nd Street LAW PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
fax (509) 452-6771