AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 27, 2021**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>ANDRES GUTIERREZ<br>*Defendant* | )<br>)<br>)  Case No. 4:21-MJ-07015-MKD-2<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANDRES GUTIERREZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 40 Grams or more of Fentanyl, in violation of 21 USC §§ 841(a), (b)(1)(B)(vi) & 846.

Date: 01/15/2021

*Issuing officer's signature*

M. K. Dimke

City and state: Yakima, Washington    MARY K. DIMKE, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  1/15/2021  , and the person was arrested on *(date)*  1/15/2021
at *(city and state)*   Richland, WA   .
                                                   Arrested within the E/WA
                                                   BY: DEA
                                                          (Agency)
Date:  1/15/2021                                   Executed On: 1/15/2021  *Arresting officer's signature*
                                                   Sign: *Reagan K. Havey, USMS*

*Printed name and title*