UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDRES GUTIERREZ,<br><br>　　　　Defendant. | Case No. 21-MJ-07015-MKD-2<br><br>DEFENDANT'S WAIVER OF HEARING |

I, Andres Gutierrez, hereby waive my right to the preliminary hearing now set for February 2, 2021 at 3:00 P.M. I have been able to discuss this hearing, my right to insist upon it, and my right to waive it with my attorney, through a court-certified interpreter and make this waiver knowingly, intelligently, and voluntarily.

Signed at Kennewick, Washington January 29, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Andres Gutierrez

Interpreted in the Spanish Language on January 29, 2021 by Estela Castro, court-certified interpreter.

_Telephonically Approved_
Estela Castro